UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DENIM TEARS, LLC,

               Plaintiff,

      v.

CEIIFN, GLNAISTORE LLC, MINGYANGDIANQI, SHILIUU, SHISAN, SUN DAN MEN'S WEAR STORE, TRENDY-CULB, WANG FLAT TOYS, XIANHUIGUANGLIWANGLUO, XJYLWHCM STORE, XUANLI WOMEN'S WEAR STORE and ZHEFENGDANGYUSHANGMAO,

               Defendants.

24-CV-8927 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    No later than April 14, 2025, Plaintiff shall submit a letter providing the Court with a status update and proposing a schedule for seeking default judgment, if appropriate.

SO ORDERED.

Dated:    April 8, 2025
            New York, New York

                                                  Ronnie Abrams
                                                  United States District Judge