

**EPSTEIN DRANGEL LLP**

6 East 45th Street, 7th Floor, New York, NY 10017
T: 212.292.5390 • E: mail@ipcounselors.com
www.ipcounselors.com

January 28, 2026

**VIA ECF**
Hon. Ronnie Abrams
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

Application granted.

SO ORDERED.

_____

Hon. Ronnie Abrams
January 29, 2026

> Re:  *Denim Tears, LLC v. CEIIFN, et al.*
> **Case No. 24-cv-8927**
> **Request for Extension of Time to File Default Judgment Motion**

Dear Judge Abrams,

We represent Plaintiff Denim Tears, LLC ("Plaintiff") in the above-referenced action (the "Action").[1] On December 10, 2025, the Court entered an Order directing, *inter alia*, Plaintiff to file its motion for default judgment ("Default Judgment Motion") by January 30, 2026. (Dkt. 36). Plaintiff respectfully requests a short two (2) week extension to file its Default Judgment Motion due to Plaintiff's counsel's current high-volume caseload creating difficulties with availability and workload. Extending the deadline for Plaintiff to file its Default Judgment Motion to February 13, 2026 will alleviate the challenges associated with the high-volume caseload. In accordance with Your Honor's Individual Rules of Practice, Plaintiff submits the following:

1. **Original Due Date**: Plaintiff's current deadline to file its Motion for Default Judgment is January 30, 2026.
2. **The number of previous requests for adjournment**: None, this is Plaintiff's first request for an extension of time to file its Default Judgment Motion.
3. **Whether these previous requests were granted or denied**: N/A.
4. **Whether the adversary consents**: Given that all remaining Defendants are in default, Plaintiff did not seek Defendants' consent.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

**EPSTEIN DRANGEL LLP**

---

[1] Where a defined term is referenced herein but not defined, it should be understood as it is defined in the Glossary in Plaintiff's Complaint or Application.



**EPSTEIN DRANGEL LLP**

6 East 45th Street, 7th Floor, New York, NY 10017
**T:** 212.292.5390 • **E:** mail@ipcounselors.com
www.ipcounselors.com



BY:   /s/ Gabriela N. Nastasi
Gabriela N. Nastasi
gnastasi@ipcounselors.com
6 East 45th Street, 7th Floor
New York, NY 10017
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiff*